

**Phone:** (718) 971-9474| **Fax:** (718) 865-0943| **Email:** Jshalom@JonathanShalomLaw.com
**Office:** 105-13 Metropolitan Avenue Forest Hills, New York 11375

January 10, 2020

**VIA ECF**
Honorable Judge Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re:    *Jon R. Morgan v. BSH Home Appliances Corporation.*, Case No. 1:19-cv-10694-KPF

To the Hon. Judge Failla,

      We represent Plaintiff Jon R. Morgan ("Plaintiff") in the above-referenced action. Pursuant to Rule 1(A) of Your Honor's Individual Practices, we write jointly with the consent of Defense counsel for Defendant BSH Home Appliances Corporation. ("Defendant"), respectfully to request that the Court stay all deadlines for 45 days, from January 10, 2020 to February 22, 2020, to allow the parties to finalize discussions to affect the voluntary dismissal of all claims asserted in the action. Once finalized, the parties will file a Stipulation of Dismissal with the Court.

      Respectfully submitted,

      */s/ Jonathan Shalom*

      Jonathan Shalom, Esq.

      *Attorneys for Plaintiff*

Application GRANTED.  The initial pretrial conference currently scheduled for February 25, 2020 is hereby ADJOURNED *sine die.*  The parties shall file their anticipated stipulation on or before February 24, 2020.  If the parties are unable to do so, they shall provide the Court with a status report on that date proposing next steps in this case.

Dated:     January 10, 2020        SO ORDERED.
           New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE